IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY WRIGHT, | ) |
| Petitioner, | ) |
| | ) NO. 2:04-0053 |
| v. | ) JUDGE HAYNES |
| JACK MORGAN, Warden, | ) |
| Respondent. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the Respondent's motion to dismiss (Docket Entry No. 22) is **GRANTED** and the petition for the writ of habeas corpus is **DENIED**. This action is **DISMISSED with prejudice**.

The Petitioner has ten (10) days from the date of entry of this Order to file an application for a Certificate of Appealability listing any issues for which an appeal of the Order is sought pursuant to 28 U.S.C. § 2253(c).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 24th day of September, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge